IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL MONTANEZ,

    Petitioner,

v.

MIKE CLARK, et al.,

    Respondents.

CIVIL ACTION
NO. 16-2127

## ORDER

**AND NOW**, this 26th day of October, 2018, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, with no objections filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Docket No. 9) is **APPROVED** and **ADOPTED**.
2. The petition for writ of habeas corpus (Docket No. 1) is **DENIED** without an evidentiary hearing.
3. The clerk of court is directed to close the case.

**BY THE COURT:**

*s/s JEFFREY L. SCHMEHL, J.*
Jeffrey L. Schmehl, J.